UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL ERICKSEN,

        Plaintiff,

                                              CASE NO. 15-CV-10088

v.                                       HONORABLE GEORGE CARAM STEEH

JOHN DOE, #1, et al.,

        Defendants.
                                          /

## ORDER TO STRIKE

Defendants filed a motion to dismiss for failure to state a claim this *Bivens* action arising out of plaintiff's search and seizure at the United States' border with Canada as a result of which Customs and Border Protection officers found marijuana and drug paraphernalia in plaintiff's vehicle. Defendants' brief in support of their motion to dismiss is 20 pages. Plaintiff filed a 93 page response without leave of court to file a brief in excess of 25 pages as provided for in Local Rule 7.1(d)(3). Given the length of the government's brief, it does not appear that plaintiff is entitled to a page extension. Because plaintiff lacks leave of court to file a brief in excess of the page limit, plaintiff's response (Doc. 16) is STRICKEN. Plaintiff is GRANTED an extension of time to file a response which comports with the 25 page limit which shall be filed on or before May 14, 2015.

      **IT IS SO ORDERED**.

Dated: April 28, 2015

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 28, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

2:15-cv-10088-GCS-MJH Doc # 17 Filed 04/28/15 Pg 2 of 2 Pg ID 227