UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL ERICKSEN,

        Plaintiff,

                                    CASE NO. 15-CV-10088

v.                                       HONORABLE GEORGE CARAM STEEH

JOHN DOE, #1, et al.,

        Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION (Doc. 18)

Defendants filed a motion to dismiss for failure to state a claim this *Bivens* action arising out of plaintiff's search and seizure at the United States' border with Canada as a result of which Customs and Border Protection officers found marijuana and drug paraphernalia in plaintiff's vehicle. Defendants' brief in support of their motion to dismiss is 20 pages. Plaintiff filed a 93-page response without leave of court to file a brief in excess of 25 pages as provided for in Local Rule 7.1(d)(3). The court entered an order striking the improvidently filed brief. Plaintiff has filed a motion for reconsideration, stating that the complexity of the issues involved require the filing of a 93-page brief. Having considered plaintiff's argument, IT IS ORDERED that plaintiff may file a brief of no more than 50 pages to be filed on or before May 15, 2015.

    **IT IS SO ORDERED**.

Dated: May 1, 2015

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 1, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk