UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL ERICKSEN,

       Plaintiff,

                                                  CASE NO. 15-CV-10088

v.                                 HONORABLE GEORGE CARAM STEEH

JOHN DOE #1, et al.,

       Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (DOC. 34)**

      Now before the court is plaintiff's motion for reconsideration of the court's order denying his motion for a protective order to seal the record or to redact his name from all court documents.  The court "will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication."  E.D. Mich. L.R. 7.1(h)(3).  To obtain reconsideration of a court order, "the movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case."  *Id.*  Plaintiff's motion merely reiterates arguments already considered by this court and fails to show a palpable defect by which the court and the parties have been misled.  Accordingly, plaintiff's motion for reconsideration (Doc. 34) is DENIED.

      IT IS SO ORDERED.

Dated:  September 22, 2015

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 22, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk